UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY EARL WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>RAQUEL BUCKEL, et al.,<br><br>    Defendants. | Case No. 21-cv-03422-RMI<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. Nos. 1, 3, 5 |

This is a civil rights case brought *pro se* by a state prisoner. Plaintiff presents allegations pertaining to events that occurred at the R.J. Donovan Correctional Facility. That prison is located in the Southern District of California and Plaintiff is still incarcerated in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, all pending motions are **VACATED** and this case is **TRANSFERRED** to the United States District Court for the Southern District of California. *See* 28 U.S.C. § 1406(a).

**IT IS SO ORDERED.**

Dated: May 25, 2021

ROBERT M. ILLMAN
United States Magistrate Judge